| | |
|---|---|
| From: | do_not_reply@psc.uscourts.gov |
| To: | Ortiz, Marilyn |
| Subject: | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |
| Date: | Wednesday, December 11, 2024 7:30:49 AM |

**Caution:** External (do_not_reply@psc.uscourts.gov)

Sensitive Content   Details

**Never send money without verbal confirmation**

Report This Email   FAQ

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: ▇▇▇▇
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $405.00
Tracking Id: ACANDC-20130591
Approval Code: 024285
Card Number: ************7155
Date/Time: 12/11/2024 10:28:50 ET

NOTE: This is an automated message. Please do not reply