HOLLAND & KNIGHT LLP
Michael T. Jones (SBN 290660)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
m.jones@hklaw.com

Keith P. Carroll (*pro hac application forthcoming*)
Benjamin M. McGovern (*pro hac application forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617.523.2700
Fax: 617.523.6850
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

*Attorneys for Defendant Grand Canyon University*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST CONFERENCE, | Case No.: 3:24-cv-08933-CRB |
| Plaintiff, | DECLARATION OF MICHAEL T. JONES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |
| vs. | |
| GRAND CANYON UNIVERSITY, | Judge: Honorable Charles R. Breyer |
| Defendant. | |

## DECLARATION OF MICHAEL T. JONES
## IN SUPPORT OF MOTION TO DISMISS

I, Michael T. Jones, declare and state:

1. I am an attorney duly licensed to practice law in the State of California. I am a Partner at the law firm Holland & Knight LLP, attorneys for Defendant Grand Canyon University ("Grand Canyon"). I have personal knowledge of the facts set forth herein, and if called upon, could and would competently testify thereto.

2. A true and correct copy of the May 9, 2024 letter from Plaintiff West Coast Conference ("WCC") to Grand Canyon inviting Grand Canyon to become a member of the WCC effective July

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

1, 2025 (the "Invitation") referenced in the Complaint and the Motion to Dismiss is attached hereto as **Exhibit A**.

3. A true and correct copy of the relevant portions of the 2024-2025 WCC Constitution referenced in the Complaint and the Motion to Dismiss is attached hereto as **Exhibit B**.

4. A true and correct copy of Grand Canyon's written November 1, 2024 letter declining the invitation to join the WCC and terminating the letter agreement referenced in the Complaint and the Motion to Dismiss is attached hereto as **Exhibit C**.

5. A true and correct copy of Grand Canyon's November 13, 2024 letter informing the WCC that it reserves all rights on the previously made installment payment referenced in the Complaint and the Motion to Dismiss is attached hereto at **Exhibit D**.

6. A true and correct copy of the May 10, 2024 WCC press release referenced in the Motion to Dismiss is attached hereto as **Exhibit E**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 2, 2025

_/s/ Michael T. Jones_
Michael T. Jones

Holland & Knight LLP
Michael T. Jones (SBN 290660)
560 Mission Street, Suite
1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
m.jones@hklaw.com

Keith P. Carroll (*pro hac application forthcoming*)
Benjamin M. McGovern (*pro hac application forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617.523.2700
Fax: 617.523.6850
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true and correct copy of the above and foregoing document has been served on January 2, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5-5. Any counsel of record who have not consented to electronic service through the Court's CM/ECF system will be served by electronic mail, first class mail, facsimile and/or overnight delivery.

Dated: January 2, 2025

Respectfully Submitted,

*/s/ Michael T. Jones*
Michael T. Jones

Holland & Knight LLP
Michael T. Jones (SBN 290660)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
Fax: 415.743.6910
m.jones@hklaw.com

Keith P. Carroll (*pro hac application forthcoming*)
Benjamin M. McGovern (*pro hac application forthcoming*)
10 St. James Avenue
Boston, MA 02116
Telephone: 617.523.2700
Fax: 617.523.6850
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

Exhibit A
(Redacted)



611 Gateway Blvd, Suite 120, South San Francisco, CA 94080

**TELEPHONE:** 650-873-8622
**WEB:** wccsports.com
**TWITTER:** @wccsports

**COMMISSIONER:** Stu Jackson

May 9, 2024

Brian E. Mueller
President
Grand Canyon University
3300 W. Camelback Road
Phoenix, AZ 85017

      Re:    <u>Invitation to Membership in the West Coast Conference</u>

Dear President Mueller:

      The West Coast Conference ("WCC") is pleased to extend an invitation to Grand Canyon University ("GCU" and, with the WCC, the "Parties" and individually a "Party") to join the WCC as a full member effective July 1, 2025, the first day of the WCC's 2025-2026 fiscal year (the "2025-2026 Year"). The Constitution of the WCC provides that new members may be admitted to the WCC by approval of three-fourths of the current members of the WCC. The Presidents' Council of the WCC has tentatively approved the invitation to GCU to join the WCC, subject to the terms and conditions of this letter agreement ("Agreement"). No further action is required by the WCC to approve GCU's membership in the WCC as contemplated by this Agreement, except, as described below, a confirming vote by the Presidents' Council ("Presidents' Approval") on Friday, May 10, 2024. The invitation to GCU to join the WCC is expressly conditioned upon the WCC's receipt of an executed counterpart of this Agreement on Friday, May 10, 2024.

      The WCC is a California non-profit association, and is governed by its Constitution ("Constitution"), Bylaws ("Bylaws") and Administrative Regulations ("Regulations"). Copies of the Constitution, Bylaws and Administrative Regulations in effect for the 2023-2024 Year and beyond (subject to amendment as provided for therein) have been provided to GCU. GCU will become a full voting and participating member of the WCC commencing in the 2025-2026 Year, and on and after July 1, 2025, will be subject to and afforded the benefits of membership as described in the Constitution, Bylaws and Regulations, except as provided in this Agreement. Prior thereto, GCU's participation in WCC matters and meetings and voting shall be as described in this Agreement.

Presidents' Approval

The Presidents of each current member institution of the WCC will meet on Friday, May 10, 2024 for final consideration of and formal vote on approval of GCU's membership in the WCC, as described in and subject to the terms and conditions of this Agreement. Immediately after the conclusion of the Presidents' meeting, the WCC shall notify GCU of the vote and, if the Presidents' Approval is obtained, this letter agreement shall serve as a binding agreement between the WCC and GCU. If the Presidents' Approval is not obtained on Friday, May 10, 2024, this Agreement shall have no force or effect, and neither the WCC nor GCU shall have any obligations hereunder.

Initial Equity Buy-In

Article 4.2 of the Constitution provides that new members shall make an initial equity buy-in to the WCC in an amount to be determined by the Presidents' Council. The Presidents' Council determined such amount to be ███████████ ████████████████ to be paid to the Conference in accordance with the following schedule ("Buy-In Payments"):

| | |
|---|---|
| ███ | After July 1, 2024 but not later than July 15, 2024 |
| | Not later than January 15, 2025 |
| | Not later than July 15, 2025 |
| | Not later than January 15, 2026 |
| | Not later than July 15, 2026 |
| | Not later than January 15, 2027 |
| | Not later than July 15, 2027 |
| | Not later than January 15, 2028 |
| | Not later than July 15, 2028 |
| | Not later than January 15, 2029 |
| | Not later than July 15, 2029 |
| | Not later than January 15, 2030 |
| | Not later than July 15, 2030 |
| | Not later than January 15, 2031 |

The failure to make any of the payments above in a timely and complete manner will subject GCU to WCC sanctions including, at a minimum, the suspension of payment to GCU of any and all member distributions by the WCC (and permanent forfeiture of the same until cure of GCU's payment default) and any other action or actions permitted by the WCC (including expulsion from or

DocuSign Envelope ID: 8C3BB226-63F1-4718-897B-F41A41181257

revocation of acceptance by the WCC, without any right of refund of prior payments), and all of the WCC's rights are reserved in full.

## Withdrawal Payment Obligation

The provisions relating to the withdrawal from the WCC of a member institution are set forth in Section 4.4 of the Constitution (with any successor provisions, the "Withdrawal Provisions"). Provided that GCU does not provide a notice of withdrawal with withdrawal effective for a WCC fiscal year beginning before July 1, 2031, all of the Withdrawal Provisions shall be effective with respect to a withdrawal from the WCC by GCU. If GCU provides a notice of withdrawal that relates to a withdrawal by GCU effective for a fiscal year ending on or before June 30, 2031 (an "Early Withdrawal"), then GCU's payment obligations to the WCC shall be as described in this Agreement and supersede the payment provisions of the Withdrawal Provisions. In the event of any inconsistency between the provisions of this Agreement and the Constitution, the terms of this Agreement shall prevail.

If GCU provides a notice of withdrawal to the WCC, and such notice of withdrawal is an Early Withdrawal, then GCU shall make a one-time payment to the WCC, not later than 30 days after providing its written notice of withdrawal, in an amount equal to the remaining unpaid Buy-In Payments, together with (and not in substitution for) the withdrawal payment required under the Withdrawal Provisions.

All of the other provisions of Section 4.4 of the Constitution are effective, if GCU provides a notice of withdrawal, irrespective of the reasons for GCU's withdrawal, other than to the extent that the payment provisions of the Withdrawal Provisions are superseded by this Agreement.

## Simultaneous Membership Invitation

The WCC and GCU acknowledge and agree that the effectiveness of this Agreement is contingent upon the effectiveness of a membership invitation agreement between the WCC and Seattle University ("SeattleU"), providing for the commencement of SeattleU's membership coterminous with the commencement of GCU's membership in the WCC. GCU acknowledges that, while both GCU and SeattleU will be subject to the Constitution, Bylaws and Regulations effective July 1, 2025, for various reasons and circumstances, neither the economic buy-in terms nor certain future sport commitments for each of GCU and SeattleU are identical and all of the terms and conditions have been separately negotiated and have been agreed upon independently by the WCC and GCU.

Pre-Membership Meeting Participation

The WCC meetings convened during the course of its fiscal year include meetings of the Presidents' Council and Executive Council, together with meetings of other athletics administrative representatives and sport coaches. Representatives of GCU will be invited to attend the scheduled meetings of the WCC from and after the full execution of this Agreement and through GCU's formal entrance in to the WCC on July 1, 2025, subject to the WCC's ability to exclude GCU's representatives for certain portions thereof for confidentiality purposes or other unforeseen circumstances. The WCC and GCU will work cooperatively to integrate GCU's representatives (including all of its coaches) into appropriate meetings in advance of the 2025-2026 Year. It is the intention of the WCC to permit GCU to have voting privileges to the extent that any vote after the execution of this Agreement relates to matters having an effect during the 2025-2026 Year and/or thereafter. It is expected, for example, that GCU will have voting privileges on matters submitted to WCC coaches to the extent the subject matter of the vote relates to sports seasons in the 2025-2026 Year and/or thereafter. The WCC reserves the right to exclude GCU's participation in all or a portion of any meetings or to withhold voting privileges, in each instance subject to the sole and absolute discretion of the WCC Commissioner. Certain votes set forth in the Constitution refer to the "entire Presidents' Council". To the extent excluded from a vote as described in this Agreement, the entire Presidents' Council shall not include GCU if it is excluded from the vote.

Withdrawal from the Western Athletic Conference

GCU has advised the WCC that, upon the full execution of this Agreement, it shall provide the appropriate notice to the Western Athletic Conference ("WAC") permitting its withdrawal from the WAC, and will make any required payments to the WAC without contribution or reimbursement from the WCC or any adverse future circumstances affecting either GCU or the WCC.

Affiliation Agreement

The WCC, on the one hand, and Oregon State University ("OSU") and Washington State University, on the other, are the parties to an affiliation agreement ("Affiliation Agreement") entered into in December 2023 providing for each of OSU and WSU to become affiliate members of the WCC, as contemplated, for each of the 2024-2025 Year and 2025-2026 Year for the sports described in the Affiliation Agreement (or added thereafter). The Affiliation Agreement provides that each of OSU and WSU will compete with WCC members as if they are

members of the WCC for the full, regular season of each respective sport, and are eligible to receive the WCC's Automatic Qualify Bids; accordingly, GCU can be scheduled to play one or both of OSU and WSU in certain sports, in the number of contests and at locations, as determined by the WCC in connection with the WCC's scheduling rights and parameters, in the WCC's sole and absolute discretion.

Miscellaneous Provisions

(i)     The WCC and GCU expressly intend for this Agreement to be a legally binding agreement enforceable according to its terms, and it constitutes the entire agreement of the Parties with respect to the subject matter of the Agreement, and supersedes any and all prior agreements and undertakings, whether written or oral, among the Parties with respect to the subject matter of this Agreement. When GCU begins its membership in the WCC on July 1, 2025, it shall be subject to the Constitution, Bylaws and Regulations, except as modified by this Agreement. This Agreement may be amended or modified only by a written instrument executed by the WCC and GCU.

(ii)    This Agreement and all claims arising out of or relating to it shall be governed by, and construed in accordance with, the laws of the State of California applicable to contracts executed in and to be performed entirely within such State.  Each of the Parties hereby irrevocably and unconditionally submits, for itself and its assets and properties, to the exclusive jurisdiction of any California State court in San Mateo County, or the United States District Court for the Northern District of California, and any respective appellate court, in any action or proceeding arising out of or relating to this Agreement, the agreements delivered in connection with this Agreement, or the transactions contemplated hereby or thereby, or for recognition or enforcement of any judgment relating thereto, and each of the Parties hereby irrevocably and unconditionally (i) agrees not to commence any such action or proceeding except in such courts; (ii) agrees that any claim in respect of any such action or proceeding may be heard and determined in such California State court or, to the extent permitted by law, in such Federal court; (iii) waives, to the fullest extent it may legally and effectively do so, any objection that it may now or hereafter have to the laying of venue of any such action or proceeding in any such California State or Federal court; and (iv) waives, to the fullest extent permitted by law, the defense of lack of personal jurisdiction or an inconvenient forum to the maintenance of such action or proceeding in any such California State or Federal court.  Each of the Parties hereby agrees that a final judgment in any such action or proceeding shall be conclusive and may be enforced in other jurisdictions by suit on the judgment or in any other manner provided by law.   Nothing in this Agreement shall affect the

right of any Party to this Agreement to serve process in any other manner permitted by applicable law.

(iii) If a Party to this Agreement shall bring any action for any relief against the other Party, declaratory or otherwise (as determined by the final non-appealable judgment of a court of competent jurisdiction), to enforce the terms hereof or to declare rights hereunder, the non-prevailing Party in such action shall pay to the prevailing Party in such action a reasonable sum for the prevailing Party's attorneys' fees and expenses (at the prevailing Party's attorneys' then-current rates, as increased from time to time by the giving of advance written notice by such counsel to such Party) incurred in prosecuting or defending such action and/or enforcing any judgment, order, ruling or award.

(iv) GCU represents and warrants that, by executing or performing this letter agreement and joining the WCC as a member, GU will not be in breach of its contractual obligations to any other party. GCU agrees to indemnify, defend and hold harmless the WCC, each of its members, and each of their officers, trustees, employees, attorneys, agents and representatives from and against any and all liabilities, losses, suits, actions, or causes of action that any Party entitled to indemnification suffers as a result of GCU's admission as a member of the WCC including, without limitation, any action commenced by the WAC or any of its member institutions, or any party acting directly or indirectly on their behalf.

(v) GCU agrees that upon the effectiveness of this letter agreement it will immediately provide notice to the WAC of its departure and begin or continue negotiations to depart from the WAC effective as of July 1, 2025. GCU agrees that it is responsible for complying with the provisions of the rules, bylaws and contracts of the WAC relating to membership in and withdrawal therefrom and for all resulting economic obligations that GCU may have to the WAC and its members.

(vi) GCU represents and warrants that all required actions or approvals required of GCU including, without limitation, approval by its Board of Trustees, have been taken or obtained, in connection with the execution and delivery of this Agreement.

(vii) This Agreement supersedes all prior documents, understandings and agreements, oral or written, relating to this transaction and constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof.

(viii)    None of the Parties' rights or obligations under this Agreement may be assigned.  Any assignment in violation of the foregoing shall be null and void.

(ix)    This Agreement may be executed in any number of counterparts, which may be effectively delivered by facsimile or other electronic means or other written form of communication, each of which shall be deemed to be an original as against any Party whose signature appears thereon, and all of which shall together constitute one and the same instrument. This Agreement shall become binding when one or more counterparts hereof, individually or taken together, shall bear the signatures of all of the parties reflected hereon as the signatories.

(x)    Both the WCC and GCU acknowledge and agree that it is the mutual intention that the financial terms and conditions of this letter agreement remain confidential, and that no public announcement of the financial terms or conditions will be made by either Party nor shall any public announcement of the financial terms or conditions be made by any WCC member institutions, now or in the future.  Each Party shall endeavor to limit disclosure of the financial terms hereof to the Party's constituents, members, attorneys or accountants; provided, however, that nothing is intended to limit disclosure in required legal filings of either the WCC or GCU.

* * *

[Signature Page Follows]

DocuSign Envelope ID: 8C3BB226-63F1-4718-897B-F41A41181257

If GCU is in agreement with the foregoing, please execute a copy of this Agreement below, and return the same to the undersigned.

WEST COAST CONFERENCE

By:_____ *Stu Jackson* _____

Stuart W. Jackson
Commissioner

Agreed and Accepted:
GRAND CANYON UNIVERSITY

By:_____ *Brian E. Mueller* _____

Brian E. Mueller
President

[Signature Page to GCU Membership Agreement]

Exhibit B
(Filed entirely under seal)

Exhibit C



11-1-2024

West Coast Conference
Attn: Stu Jackson
611 Gateway Blvd. Suite 120
South San Francisco, CA 94080

Dear Commissioner Jackson:

I am writing to express Grand Canyon University's ("GCU") sincere appreciation for the invitation to join the West Coast Conference ("WCC") on July 1, 2025, but GCU has decided to respectfully decline the invitation at this time. As such, GCU is providing written notice that it hereby terminates the May 9, 2024, letter Agreement between the WCC and GCU. We wish you all the very best and are grateful for the opportunity to get to know you and the member institutions of the WCC.

Very Truly Yours,

Brian Mueller, President
Grand Canyon University

Exhibit D
(Redacted)


November 13, 2024

West Coast Conference
Attn: Stu Jackson
611 Gateway Blvd. Suite 120
South San Francisco, CA 94080

Dear Commissioner Jackson:

I write in follow up to my letter of November 1, 2024, and in response to your letter of November 6, 2024. As you know, Grand Canyon University ("GCU") notified the West Coast Conference ("WCC") verbally and in writing on November 1, 2024, that GCU had terminated the May 9, 2024, letter Agreement between the WCC and GCU (the "Agreement") and declined the invitation to join the WCC.

Contrary to those notifications, your November 6th letter mischaracterizes GCU's prior communications as "withdrawal notices." They are not. GCU did not "withdraw" from the WCC and GCU is not and has never been a member of the WCC. The very first sentence of the Agreement makes this point clear:

> The West Coast Conference ("WCC") is pleased to extend an invitation to Grand Canyon University ("GCU" and, with the WCC, the "Parties" and individually a "Party") to join the WCC as a full member effective July 1, 2025, the first day of the WCC's 2025-2026 fiscal year (the "2025-2026 Year").

Your November 6th letter also makes reference to the "Withdrawal Payment Obligations" set forth in the Agreement. To the extent the WCC claims that GCU has withdrawal payment obligations based on GCU's decision to terminate the Agreement and decline the invitation to join the WCC, GCU respectfully disagrees. The withdrawal payment obligations set forth in the Agreement only apply to GCU if it became a member of the WCC on July 1, 2025. Since GCU terminated the Agreement and declined the WCC's invitation on November 1, 2024, well before July 1, 2025, GCU was never a WCC member and has no such payment obligations to the WCC. Also, to respond to your specific question, GCU will not compete in the WCC during the 2025-2026 year.

Moreover, GCU reserves all rights and claims to seek the return of the ███████ installment payment previously made to the WCC in July 2024, but in the spirit of compromise and in an effort to resolve any contrary claims from the WCC, GCU proposes to forego its right to recoup the first ██████ installment payment. We hope to avoid any further dispute with the WCC over this matter.

As I indicated in my prior communications, we are grateful for the opportunity to get to know you and the member institutions of the WCC and wish you all well.

Very Truly Yours,

Brian Mueller, President
Grand Canyon University

Exhibit E





General | 5/10/2024 9:59:00 AM

# West Coast Conference Adds Grand Canyon University and Seattle University as Members

*Grand Canyon and Seattle U become the 10th and 11th full-time members of the WCC on July 1, 2025*

     

**SOUTH SAN FRANCISCO, Calif. –** The West Coast Conference Presidents' Council has approved the addition of Grand Canyon University and Seattle University as Conference members.

Grand Canyon and Seattle accepted offers from the WCC earlier today and will officially become the 10th and 11th full-time members of the Conference on July 1, 2025.

"We are thrilled to welcome two institutions of higher education that each will make significant contributions to the future of the West Coast Conference," Gonzaga University President and Chair of the WCC Presidents' Council Dr. Thayne McCulloh said. "While each university has a unique and distinctive character, both are deeply invested in the welfare of their students and surrounding communities, are making significant investments in their athletics programs and facilities, and will enhance the competitive profile of the West Coast Conference. I applaud the work of our Commissioner and the WCC Presidents' Council for their efforts. Welcoming Grand Canyon University and Seattle University is truly a significant moment for the WCC."

Grand Canyon and Seattle will compete in 14 of the WCC's 16 sponsored sports beginning with the 2025-26 seasons. Both institutions sponsor men's basketball, women's basketball, baseball, softball, men's soccer, women's soccer, volleyball, men's tennis, women's tennis, men's golf, women's golf, men's cross country and women's cross country; while Grand Canyon will compete in the WCC in beach volleyball and Seattle will compete in the Conference in rowing.

"The WCC Presidents' Council is deliberate in its effort to position the West Coast Conference as one of the premier NCAA Division I conferences in the nation, and the addition of Grand Canyon University and Seattle University bolsters the membership, enhances the profile of competitive excellence and expands the conference footprint into two major cities in the Western region," WCC Commissioner Stu Jackson said. "The WCC has a storied history of competitive prowess on the national level, and the addition of Grand Canyon and Seattle will further enrich the Conference's national visibility. We appreciate the opportunity to work with Grand

Canyon University President Brian Mueller, Vice President of Athletics Jamie Boggs; and Seattle University President Eduardo Peñalver and Director of Athletics Shaney Fink as we stabilize and position the West Coast Conference for the future."

The additions of Grand Canyon and Seattle expand the WCC to 11 full-time members, marking the greatest number of full-time member institutions in the 71-year history of the Conference. With Grand Canyon joining the WCC, the Conference footprint will expand to the state of Arizona for the first time in its history. The WCC footprint, which already includes the No. 2 (Los Angeles) and No. 10 (San Francisco Bay Area) media markets in the nation, will now also include the No. 11 and No. 13 media markets in Phoenix and Seattle, respectively.

First established in 1949, Grand Canyon University has grown exponentially within the Phoenix market and is a well-recognized institution on a national level. A member of the Western Athletic Conference the past 11 years, GCU has captured 66 conference championships and won the WAC Commissioner's Cup each of the last five fully completed academic years. The men's basketball program has earned an NCAA Tournament berth each of the last two years and finished the 2023-24 season with 30 wins and a top-50 NET ranking.

"We have been blessed in the past 16 years to become one of the fastest-growing institutions in the country with a true national footprint that is drawing students from all 50 states," said GCU President Brian Mueller. "This is due to our high-quality academic programs and innovative delivery platforms. Athletically, our teams have also emerged, going from a Division II power to a championship caliber high mid-major program in Division I in a very short time.

"We are incredibly excited for this next opportunity to join the WCC, which is one of the nation's premier athletic conferences as well as one of the premier basketball conferences in the country."

Seattle was previously a member of the Conference under its former name, the West Coast Athletic Conference (WCAC) from 1971-80. Since its return to NCAA Division I in 2008, Seattle has earned 65 conference championships. The Redhawks have been a member of the Western Athletic Conference since 2012, where they most recently won titles in men's soccer and women's golf. The men's soccer program was ranked No. 9 nationally during the 2023 season. Men's basketball has achieved three consecutive 20-win seasons from 2022-24, including 23 wins and the College Basketball Invitational championship this past season.

"We are thrilled that Seattle University will be joining the West Coast Conference," said SU President Eduardo M. Peñalver. "This is an

exciting moment for our student athletes, alumni and university that places SU in excellent position for the future in the rapidly changing world of college sports. We are especially well-aligned with the WCC and its member schools from an academic, athletics and geographic standpoint."

Oregon State and Washington State will join the WCC as affiliate members across 12 sports for two years, beginning with the 2024-25 academic year. Air Force, California Baptist and San Jose State compete as affiliate members in men's water polo, while Creighton competes as an affiliate member in rowing.

The additions of GCU and Seattle, along with the affiliate membership of Oregon State, Washington State, Air Force, California Baptist, San Jose State and Creighton in select sports, gives the Conference 13 teams in men's basketball, women's basketball, women's soccer, volleyball and women's cross country; 12 teams in men's golf; 11 teams in men's soccer and women's tennis; 10 teams in men's tennis; nine teams in rowing and men's cross country; and eight teams in beach volleyball, softball and women's golf during the 2025-26 academic year.

### About the West Coast Conference

The West Coast Conference was formed in 1952 and has evolved and grown to become a nationally recognized and competitive force in Division I intercollegiate athletics. The WCC is fueled by the conviction to achieve its goals with strong core values of integrity, respect, collaboration, innovation, and inclusiveness that create a holistic student-athlete experience across the Conference. Beginning with the 2025-26 academic year, the WCC's membership will include Gonzaga, Grand Canyon, LMU, Pacific, Pepperdine, Portland, Saint Mary's, San Diego, San Francisco, Santa Clara and Seattle. The Conference sponsors 16 sports. In the WCC, We Create Champions on the field of competition and leaders in life. For more information, visit WCCsports.com and follow the WCC on X, Instagram, and Facebook @WCCsports.

### About Grand Canyon University

Grand Canyon University was founded in 1949 and is Arizona's premier private Christian university. GCU is accredited by the Higher Learning Commission and offers 337 academic programs, emphases and certificates for both traditional undergraduate students and working professionals. The University's curriculum emphasizes interaction with classmates, both in-person and online, and individual attention from instructors while fusing academic rigor with Christian values to help students find their purpose and become skilled, caring professionals. For more information, visit gcu.edu.

**About Seattle University**

Founded in 1891, Seattle University is a Jesuit Catholic university located in the dynamic heart of Seattle. Our 7,200 students are enrolled in undergraduate and graduate programs across eight schools and colleges. Seattle University is recognized among top national universities for its academics, student-centered teaching, service learning and leadership in sustainability. Since its return to NCAA Division I in 2008, Seattle University has earned 65 conference championships, including titles in men's soccer and women's golf during the 2023-24 season. In alignment with the university mission and vision, Seattle U Athletics is committed to graduating champions, empowering leaders and inspiring the community to develop Redhawks for life. For more information, visit goseattleu.com.

---

 **Related Stories**



12.17.24

Austin England Named Assistant Director of Championships and Sport Administration



12.11.24

West Coast Conference Takes Legal Action Against Grand Canyon University For Breach of Contract



**12.04.24**

WCC Ranks Third In NCAA Graduation Success Rate



**11.01.24**

Statement From the West Coast Conference



**10.24.24**

WCC Announces Partnership With SoldOut.com

 **Related Videos**





© 2024 West Coast Conference

Terms of Service  |  Privacy Policy  |  Accessibility  |  Do Not Sell or Share My Personal Information