IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST CONFERENCE, | Case No. 24-cv-08933-CRB |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS** |
| GRAND CANYON UNIVERSITY, | |
| Defendant. | |

The Court finds this matter suitable for resolution without oral argument, pursuant to Civil Local Rule 7-1(b), and VACATES the hearing currently set for Friday, February 14, 2025.  The motion to dismiss (dkt. 19) is DENIED.

**IT IS SO ORDERED.**

Dated: February 12 , 2025

CHARLES R. BREYER
United States District Judge