UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST CONFERENCE, | Case No. 24-cv-08933-CRB (AGT) |
| Plaintiff, | |
| v. | **DISCOVERY ORDER** |
| | Re: Dkt. No. 49 |
| GRAND CANYON UNIVERSITY, | |
| Defendant. | |

The West Coast Conference (WCC) reasonably seeks discovery from Grand Canyon University (GCU) related to GCU's decision to join the Mountain West Conference (MWC). *See* Dkt. 53, RFPs 13–17, 19, 21, ROGs 12–14.

A point in dispute in the case is why GCU moved to the MWC after initially agreeing to join the WCC. GCU says it nixed its plan to join the WCC and moved to the MWC because Gonzaga University left the WCC. WCC, in contrast, posits that GCU joined the MWC because the MWC offered GCU better financial terms than the WCC did. The discovery WCC seeks may support or cast doubt on one or both of these theories.

GCU insists that its motive for leaving (or not joining) the WCC is irrelevant. The WCC is pursuing only a breach-of-contract claim—alleging that GCU failed to pay contractually required withdrawal payments when it left (or didn't join) the WCC—and GCU notes

that "a party's motivation for breaching is not relevant to determining whether the party in fact breached." Dkt. 49 at 6. GCU, however, has put its motives at issue. In its twelfth affirmative defense, GCU contends that its agreement to join the WCC is unenforceable because GCU and the WCC entered the agreement based on a mutual and material mistake that Gonzaga University would remain a WCC member. Answer, Dkt. 32 at 8. The discovery requests at issue, which seek to better understand why GCU joined the MWC instead of the WCC, could shed light on how important Gonzaga's continued WCC membership was to GCU, which is relevant to GCU's mutual-mistake defense.

By May 13, 2026, GCU shall answer ROGs 12–14 and produce all documents in its possession, custody, or control that are responsive to RFPs 13–17, 19 and  21, except that for RFPs 15 and 16, pursuant to the WCC's proposed compromise (dkt. 49 at 4), GCU need only produce documents sufficient to show the amount, nature, and timing of any payments made between GCU and the MWC.

The WCC hasn't explained the relevance of two other RFPs selected for submission to the Court, related to GCU's departure from the Western Athletic Conference (WAC). *See* RFPs 11, 12. At this time, the Court won't enter an order regarding those RFPs.

**IT IS SO ORDERED.**

Dated: April 30, 2026

Alex G. Tse
United States Magistrate Judge