HOLLAND & KNIGHT LLP
Michael T. Jones (SBN 290660)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
mjones@hklaw.com
rebecca.durham@hklaw.com

Keith P. Carroll (pro hac vice)
Benjamin M. McGovern (pro hac vice)
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

*Attorneys for Defendant Grand Canyon University*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST CONFERENCE,<br><br>Plaintiff,<br><br>v.<br><br>GRAND CANYON UNIVERSITY,<br><br>Defendant. | Case No.: 3:24-cv-08933-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PARTIES' CASE MANAGEMENT SCHEDULING ORDER** |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff West Coast Conference (the "WCC") and Defendant Grand Canyon University ("GCU"), by and through their respective counsel of record, respectively request the Court to modify the parties' case schedule.

WHEREAS, on April 3, 2026, the Court granted the parties' request to modify the case schedule, in order to allow the parties to resolve various discovery disputes (ECF No. 51);

WHEREAS, since the Court's order the parties have diligently engaged in meet-and-confer communications to resolve their discovery disputes, and when necessary have filed discovery letters with the magistrate judge (ECF Nos. 49, 52);

WHEREAS, despite the parties' best efforts, document production has taken longer than expected due to summer holiday travel, the time-consuming process of collecting properly imaged text messages, and the fact that the WCC had to make this time-consuming text message collection from ten different custodians spread across its various member institutions;

WHEREAS, the delay in the parties' document production has prevented them from being able to schedule the majority of their depositions;

WHEREAS, the parties anticipate that their respective document productions will be substantially completed by the end of August;

WHEREAS, in order to provide sufficient time for the parties to resolve any remaining discovery disputes, prepare for depositions, and avoid conflicts during the upcoming holiday season, the Parties met and conferred and have agreed to stipulate to amend their current schedule as follows:

| DEADLINE | CURRENT DEADLINE | PROPOSED DATES |
| --- | --- | --- |
| Non-Expert Compliance Deadline | August 14, 2026 | November 20, 2026 |
| Expert Disclosures | August 28, 2026 | December 4, 2026 |
| Deadline to file Dispositive Mtns. | September 25, 2026 | January 29, 2027 |
| Expert Discovery Cutoff | October 2, 2026 | February 5, 2027 |
| Responses to Dispositive Motions | October 16, 2026 | March 5, 2027 |
| Replies to Dispositive Motions | November 6, 2026 | March 26, 2027 |
| L/D to hear Dispositive Motions | November 20, 2026 | April 9, 2027 |

Case No.: 3:24-CV-08933-CRB

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PARTIES' CASE MANAGEMENT SCHEDULING ORDER

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

| Pretrial Conference | TBD | TBD |
|---|---|---|
| Trial Starts | TBD | TBD |

WHEREAS, good cause exists for this produced schedule, for the reasons explained above.

**<u>Stipulation</u>**

Therefore, pursuant to Local Rules 6-2(a) and 7-12, the undersigned counsel for the WCC on the one hand and GCU on the other, hereby stipulate to the below modified case schedule:

| DEADLINE | PROPOSED DATES |
|---|---|
| Non-Expert Compliance Deadline | November 20, 2026 |
| Expert Disclosures | December 4, 2026 |
| Deadline to file Dispositive Mtns. | January 29, 2027 |
| Expert Discovery Cutoff | February 5, 2027 |
| Responses to Dispositive Motions | March 5, 2027 |
| Replies to Dispositive Motions | March 26, 2027 |
| L/D to hear Dispositive Motions | April 9, 2027 |
| Pretrial Conference | TBD |
| Trial Starts | TBD |

**IT IS SO STIPULATED.**

Case No.: 3:24-CV-08933-CRB

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PARTIES' CASE MANAGEMENT SCHEDULING ORDER

Respectfully submitted,

Date: August 6, 2026

/s/ Rebecca G. Durham                          /s/ Scott M. McLeod
By: Rebecca G. Durham                           By: Scott M. McLeod


HOLLAND & KNIGHT LLP                    WOMBLE BOND DICKINSON (US) LLP
Michael T. Jones (SBN 290660)              Mark L. Tuft (SBN 43146)
Rebecca G. Durham (SBN 319403)          Edward L. Seidel (SBN 200865)
560 Mission Street, Suite 1900               Scott M. McLeod (SBN 242035)
San Francisco, CA 94105                        50 California Street, Ste. 2750
Telephone: (415) 743-6900                      San Francisco, CA 94111
m.jones@hklaw.com                              Telephone: (415) 433-1900
rebecca.durham@hklaw.com                    Mark.Tuft@wbd-us.com
                                                          Ed.Seidel@wbd-us.com
Keith P. Carroll (pro hac vice)                 Scott.McLeod@wbd-us.com
Benjamin M. McGovern (pro hac vice)
10 St. James Avenue
Boston, MA 02116                               *Attorneys for Plaintiff West Coast Conference*
Telephone: (617) 523-2700
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

*Attorneys for Grand Canyon University*


**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Rebecca G. Durham , attest that all other signatories to this document have concurred in the filing of this document and have authorized their signature(s) above.

/s/ Rebecca G. Durham
By: Rebecca G. Durham

Case No.: 3:24-CV-08933-CRB

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PARTIES' CASE MANAGEMENT SCHEDULING ORDER

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____        HON. CHARLES R. BREYER

_____
U.S. District Judge
Northern District of California

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Case No.: 3:24-CV-08933-CRB
STIPULATION AND [PROPOSED] ORDER TO MODIFY THE PARTIES' CASE MANAGEMENT
SCHEDULING ORDER