HOLLAND & KNIGHT LLP
Michael T. Jones (SBN 290660)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
(415) 743-6900
mjones@hklaw.com
rebecca.durham@hklaw.com

Keith P. Carroll (pro hac vice)
Benjamin M. McGovern (pro hac vice)
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

*Attorneys for Defendant Grand Canyon University*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEST COAST CONFERENCE,<br><br>Plaintiff,<br><br>v.<br><br>GRAND CANYON UNIVERSITY,<br><br>Defendant. | Case No.: 3:24-cv-08933-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY THE PARTIES' CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff West Coast Conference (the "WCC") and Defendant Grand Canyon University ("GCU"), by and through their respective counsel of record, respectively request the Court to modify the parties case schedule.

WHEREAS, on August 10, 2026, the Court granted the parties' request to modify the case schedule, in order to allow the parties to resolve various discovery disputes and complete document productions (ECF No. 58);

WHEREAS, since the Court's order the parties have substantially completed document productions and have engaged in cooperative discussions to schedule party depositions and to secure the attendance of third-party witnesses, including from the WCC's various member institutions;

WHEREAS, despite the parties' best efforts, it has been challenging to complete depositions prior to the existing discovery deadline, by virtue of the various schedules of counsel, the parties and third-party witnesses, the travel that some of these depositions will necessitate, and the academic calendars of GCU and the member institution third-parties;

WHEREAS, the parties have made substantial progress in securing deposition dates for the remaining party witnesses and anticipate they will also be able to complete depositions of third-party witnesses, including from the WCC's member institutions by the end of February 2027;

WHEREAS, in order to provide sufficient time for the parties to complete discovery and avoid conflicts during the upcoming holiday season, the Parties met and conferred and have agreed to stipulate to amend their current schedule as follows:

| DEADLINE | CURRENT DEADLINE | PROPOSED DATES |
|---|---|---|
| Non-Expert Compliance Deadline | November 20, 2026 | February 26, 2027 |
| Expert Disclosures | December 4, 2026 | March 5, 2027 |
| Deadline to file Dispositive Mtns. | January 29, 2027 | April 2, 2027 |
| Expert Discovery Cutoff | February 5, 2027 | April 9, 2027 |
| Responses to Dispositive Motions | March 5, 2027 | May 7, 2027 |
| Replies to Dispositive Motions | March 26, 2027 | May 21, 2027 |
| L/D to hear Dispositive Motions | April 9, 2027 | June 11, 2027 |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

| | | |
|---|---|---|
| Pretrial Conference | TBD | TBD |
| Trial Starts | TBD | TBD |

WHEREAS, good cause exists for this produced schedule, for the reasons explained above.

**Stipulation**

Therefore, pursuant to Local Rules 6-2(a) and 7-12, the undersigned counsel for the WCC on the one hand and GCU on the other, hereby stipulate to the below modified case schedule:

| DEADLINE | PROPOSED DATES |
|---|---|
| Non-Expert Compliance Deadline | February 26, 2027 |
| Expert Disclosures | March 5, 2027 |
| Deadline to file Dispositive Mtns. | April 2, 2027 |
| Expert Discovery Cutoff | April 9, 2027 |
| Responses to Dispositive Motions | May 7, 2027 |
| Replies to Dispositive Motions | May 21, 2027 |
| L/D to hear Dispositive Motions | June 11, 2027 |
| Pretrial Conference | TBD |
| Trial Starts | TBD |

**IT IS SO STIPULATED.**

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Respectfully submitted,

Date: November 5, 2026

/s/ *Michael T. Jones*
By: Michael T. Jones

HOLLAND & KNIGHT LLP
Michael T. Jones (SBN 290660)
Rebecca G. Durham (SBN 319403)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: (415) 743-6900
m.jones@hklaw.com
rebecca.durham@hklaw.com

Keith P. Carroll (pro hac vice)
Benjamin M. McGovern (pro hac vice)
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
keith.carroll@hklaw.com
benjamin.mcgovern@hklaw.com

*Attorneys for Grand Canyon University*

/s/ *Edward L. Seidel*
By: Edward L. Seidel

WOMBLE BOND DICKINSON (US) LLP
Mark L. Tuft (SBN 43146)
Edward L. Seidel (SBN 200865)
Scott M. McLeod (SBN 242035)
50 California Street, Ste. 2800
San Francisco, CA 94111
Telephone: (415) 433-1900
Mark.Tuft@wbd-us.com
Ed.Seidel@wbd-us.com
Scott.McLeod@wbd-us.com

*Attorneys for Plaintiff West Coast Conference*

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Michael T. Jones, attest that all other signatories to this document have concurred in the filing of this document and have authorized their signature(s) above.

/s/ *Michael T. Jones*

By: Michael T. Jones

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November 6, 2026

HON. CHARLES R. BREYER

CHARLES R. BREYER
U.S. District Judge
Northern District of California